Argued and submitted June 5, judgment vacated in part; otherwise affirmed
September 27, petition for review denied December 26, 1995 (322 Or 421)

STATE OF OREGON,
*Respondent,*

*v.*

CARL EUGENE ROBISON, JR.,
*Appellant.*

(934579C; CA A84219)

902 P2d 139

▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬

Lawrence J. Hall argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Judgment of conviction on two counts of Sex Abuse III vacated; otherwise affirmed. *State v. Rudder/Webb*, 137 Or App 43, 903 P2d 393 (1995).